# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

CALVIN FLOYD,

        Petitioner

        v.

COURT OF COMMON PLEAS OF
PHILADELPHIA COUNTY,

        Respondent

:   No. 152 EM 2015

## ORDER

**PER CURIAM**

    **AND NOW**, this 20th day of January, 2016, the Application for Leave to File Original Process is **GRANTED**, and the Petition for Writ of Mandamus and/or Extraordinary Relief is **GRANTED** to the extent it seeks mandamus relief. The Court of Common Pleas of Philadelphia County is **DIRECTED** to dispose of Petitioner's pending petition within 90 days.

    Mr. Justice Eakin did not participate in the consideration or decision of this matter.